

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

CALVIN WALKER                                               PETITIONER

vs.                                           Civil Action No. 3:05-cv-492 WS

RICHARD STALDER and ATTORNEY
GENERAL OF THE STATE OF
MISSISSIPPI                                                RESPONDENTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that the motion of the respondents to dismiss, as supplemented, be granted. The above-styled and numbered cause is dismissed.

**SO ORDERED, THIS THE 17th day of August, 2006.**

                                **s/ HENRY T. WINGATE**
                                **CHIEF UNITED STATES DISTRICT JUDGE**